IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAWN AVANT,** <br><br> Petitioner, <br><br> v. <br><br> **RICK HILL, Warden,** <br><br> Respondent. | Case No. C 13-03220 YGR (PR) <br><br> **ORDER** |

GOOD CAUSE appearing, appearing, it is hereby ordered that the time within which to file Respondent's response to be extended 60 days to and including November 15, 2013. Petitioner's traverse, if any, shall be filed and served within 60 days of service of Respondent's response.

Dated: September 4, 2013

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court

G:\PRO-SE\YGR\HC.13\Avant3220.grantEOT-ans.doc