UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SHAWN AVANT**,

        Petitioner,

   v.

**RICK HILL**,

        Respondent.

Case No. 13-cv-03220-YGR (PR)

**JUDGMENT**

The petition for writ of habeas having been denied, the Court enters judgment in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: February 29, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**